To Cleck of Court of Criminal Appeals

7/19/15

83,401-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 23 2015

Abel Acosta, Clerk

Enclosed:

A co Reply to the 'Order From Motion to Leave'
#84,401-01 From Relator Brian Douglas Hill
to be filed.

Thank you!

Brian D. Hill #1682080
Ellis Unit
QO 1697 Fm 980
Huntsville, Texas 77343

Brian D. Hill - Relator

vs

Chris Daniel - Harris County
District Clerk

WR 83,401-01

X
X
X
X
X

In the Texas Court
of
Criminal Appeals

In **Reply** to the ORDER from Motion to
Leave by the Court in Matter 83401-01

In the matter between Brian D. Hill Relator and
Chris Daniel - Harris County District Clerk the Court held
in its decision to order Chris Daniel Respondent to either
mail Hill's 11.07 Record, submit a timely copy of a timely filed
order that designated issues to be investigated or state Relator
has not filed a 11.07 writ application in Harris County.

Hill requests in reply to the courts order that he be provided
with a copy of all Respondent's reply's in answer to the
Court's order and also request that if the writ of habeous
corpus application 1238827A, it supplement and 2 memorandums
be forwarded to the Court of Criminal Appeals Hill be afforded
the the opportunity to Allow the 208th district court to
do a reasonable and timely finding of facts and conclusions
of law and Hill be given a copy of all such findings and
conclusions so that he may object if necessary according
to Texas Rules of Criminal Procedure 11.07 and Texas Rules of Appellate
Procedure 73.4 v 73.4.5. Hill initially filed his 11.07 writ
1238827A 5/31/13 and an original designation of issues
was signed by Judge Denise Collins June 4, 2013 and filed

## Reply to the Order From on Motion to Leave

June 7, 2013 by HARRIS County District Clerk. Clas

Hill later mailed an supplement application to writ 1238827A consisting of 4 additional errors of ineffective assistance of counsel on 9/26/14 with return reciept stating it was recieved by HARRIS County District Clerk Chris Daniel on 9/29/14 certified mail with return reciept number is as follows: 7013 1710 0001 0996 5026

Recieved by D LONON

Hill's supplement errors also consisted of a memorandum and 4 exhibits. Hill ask that his supplement errors be heard first by both district court and Court of Criminal Appeals

2/19/15

Respectfully Submitted
Brian D. Hill # 1681080
BRIAN D. HILL # 1681080
Ellis Unit
91695 Fm 980
Huntsville, Texas
77343

### Certificate of Service
next page

(Reply to Order from 'Motion to Leave')

# Certificate of Service

I BRIAN Douglas Hill to hereby swear that a true and correct copy of this document 'Reply to Order from Motion to Leave' has been sent to Chris Daniel - Harris County District Clerk - Respondent 1000 Franklin Houston Texas 77002 7/19/15 by placing such document in U.S. mail 7/19/15.

signed Brian D. Hill 7/19/15

BRIAN D. Hill #168108
Ellis Unit
1697 Fm 980
Huntsville, Texas 77343